IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>THE TRAINING CENTER GROUP LLC,<br><br>Defendant. | Adv. Proc. No. 25-50213 (KBO)<br><br><br><br>Re: Adv. D.I. 1 |

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING**

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for The Training Center Group, LLC (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 12, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 21, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint was May 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

55648656.1 05/30/2025

-2-

4. The parties agree that Defendant shall have through and including June 18, 2025, to answer or otherwise plead to the Complaint.

Dated: May 30, 2025

| **SAUL EWING LLP** | **FLORIO PERRUCCI STEINHARDT CAPPELLI & TIPTON, LLC** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Ruby Khallouf* |
| Evan T. Miller (DE Bar No. 5364) | Ruby Khallouf, Esq |
| Paige N. Topper (DE Bar No. 6470) | 91 Larry Holmes Drive |
| 1201 N. Market Street, Suite 2300 | Suite 200 |
| Wilmington, DE 19801 | Easton, PA 18042 |
| Telephone: (302) 421-6800 | Telephone: (610) 691-7900 |
| evan.miller@saul.com | Facsimile: (610) 691-0841 |
| paige.topper@saul.com | rkhallouf@floriolaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |