## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>     Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>     Plaintiff,<br><br>  v.<br><br>THE TRAINING CENTER GROUP LLC,<br><br>     Defendant. | Adv. Proc. No. 25-50213 (KBO) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Zachary J. Schnapp, Esq. hereby enters his appearance in the above-captioned adversary case as counsel to The Training Center Group LLC ("Defendant") pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and request that all notices given in the above-captioned cases and all papers served or required to be served in the

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LL (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

above-captioned cases be given to and served upon the undersigned at the following mailing address, telephone number, facsimile number, and e-mail address:

Zachary J. Schnapp, Esq.
**BERGER MCDERMOTT LLP**
1105 N. Market Street, Suite 1100
Wilmington, Delaware 19801
Tel: (302) 655-1140; Fax: (302) 655-1131
zschnapp@bergermcdermott.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices and Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Defendant's (i) right to challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (ii) right to have final orders in non-core matters entered only after de novo review by a higher court; (iii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Defendant is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**BERGER MCDERMOTT LLP**

Dated:  June 16, 2025          _/s/  Zachary J. Schnapp_____
Wilmington, Delaware          Zachary J. Schnapp (No. 6914)
                              1105 N. Market Street, Suite 1100
                              Wilmington, Delaware 19801
                              Telephone:  (302) 655-1140
                              Facsimile:   (302) 655-1131
                              zschnapp@bergermcdermott.com

                              *Counsel to Defendant*
                              *The Training Center Group LLC*