# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAINING CENTER GROUP, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50213 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 28, 2025, a copy of the Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions and the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>Zachary J. Schnapp, Esq.<br>Berger McDermott LLP<br>1105 N. Market Street, Suite 1100<br>Wilmington, Delaware 19801<br>zschnapp@bergermcdermott.com | |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated: July 29, 2025  **SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Ryan F. Coy (admitted *pro hac vice*)
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6168
ryan.coy@saul.com

*Counsel to Plaintiff*